Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17727−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mian Z Helaly
   86 Wild Azalea Lane
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−4608

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/9/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 9, 2025
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17727-MEH
Mian Z Helaly  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: May 09, 2025      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mian Z Helaly, 86 Wild Azalea Lane, Skillman, NJ 08558-2422 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520016231 | + | Afni, Inc./ Comcast, Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 520016236 | | Cavalry Portfolio Services LLC, C/O Schachter Portnoy, LLC, 3490 US Route 1, Princeton, NJ 08540 |
| 520016238 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520016232 | | Email/Text: ebn@americollect.com | May 09 2025 20:43:00 | Americollect, Inc, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 520020369 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2025 20:55:23 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520016233 | | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 520016234 | + | EDI: CAPITALONE.COM | May 10 2025 00:33:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520049997 | + | EDI: AIS.COM | May 10 2025 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520016235 | + | Email/Text: bankruptcy@cavps.com | May 09 2025 20:43:00 | Cavalry Portfolio Services LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 520074686 | + | Email/Text: bankruptcy@cavps.com | May 09 2025 20:43:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520016237 | + | EDI: JPMORGANCHASE | May 10 2025 00:33:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850-5278 |
| 520016239 | + | EDI: DISCOVER | May 10 2025 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520016240 | + | EDI: PHINGENESIS | May 10 2025 00:33:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520020387 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2025 20:54:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520016241 | | EDI: PRA.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 09, 2025 | Form ID: 148 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | May 10 2025 00:33:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 520080484 | | Email/Text: ebn@americollect.com | May 09 2025 20:43:00 | PRINCETON RADIOLOGY ASSOCIATES P.A., C/O AMERICOLLECT INC, PO BOX 1566, Manitowoc, WI 54221-1566 |
| 520016242 | + | Email/Text: clientservices@remexinc.com | May 09 2025 20:42:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 520016243 | + | Email/Text: rwjebn@rwjbh.org | May 09 2025 20:43:00 | Robertwood Johnson University Hospital, 1 Rober wood johnson Plaza, New Brunswick, NJ 08901-1966 |
| 520016244 | ^ | MEBN | May 09 2025 20:41:39 | The Bank of New York Mellon FKA / Shellp, C/O KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520080874 | | Email/Text: mtgbk@shellpointmtg.com | May 09 2025 20:42:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520016245 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | May 09 2025 20:42:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 520016246 | | Email/Text: bankruptcy.accounts@wakeassoc.com | May 09 2025 20:42:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Gregg A. Williams, Esq |
| 520569427 | * | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2025       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert C. Nisenson | |

| | |
|---|---|
| | on behalf of Debtor Mian Z Helaly r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4